# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

KEVIN M. PALMER,

     Plaintiff,

v.                                                  Case No. 3:22-cv-287-TJC-MCR

H2 ST. AUGUSTINE MOTORS, LLC,

     Defendant.

---

## O R D E R

Upon review of the Parties' Joint Stipulation of Dismissal With Prejudice (Doc. 30), filed on December 15, 2022, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 21st day of December, 2022.



*Timothy J. Corrigan*
TIMOTHY J. CORRIGAN
United States District Judge

ksm
Copies:

Counsel of record